THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK J. REID, Appellant, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Reid* v. *Bingham,* 143 App. Div. 928, affirmed.
(Submitted October 3, 1911; decided October 17, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1911, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*Gilbert D. Lamb* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Harry Crone* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.